## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :   No. 269 WAL 2021

     Respondent

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

     v.                               :

LAROY DARRIELL HOUGH,          :

     Petitioner               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.